1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

REAL PROPERTY AND IMPROVEMENTS
LOCATED AT 2441 MISSION STREET, SAN
FRANCISCO, CALIFORNIA,

       Defendant.

                                        /

No. C 13-2062 SI

**ORDER RE DISCOVERY LETTER**

     This is an *in rem* action for forfeiture of real property pursuant to 21 U.S.C. § 881(a)(7). On December 6, 2013, Claimant Shambhala Healing Center ("SHC") individually filed a discovery letter, requesting that the Court quash a subpoena that was served by plaintiff the United States on the California State Board of Equalization. Docket No. 46. The United States did not join in filing the discovery letter. The subpoena states that the requested documents must be produced by December 8, 2013. Docket No. 46-1.

     Accordingly, the Court ORDERS the United States to file an opposition to SHC's discovery letter by **Friday, December 13, 2013**. In addition, the Court CONTINUES the deadline for compliance with the subpoena to **Friday, December 20, 2013**. In the event that the United States has already received the documents requested in the subpoena, the Court ORDERS the United States to retain the documents under seal and to refrain from reviewing the documents in any manner until the Court has

///

///

issued an order resolving SHC's discovery letter.

**IT IS SO ORDERED.**

Dated: December 9, 2013

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California