IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 2441 MISSION STREET, SAN FRANCISCO, CALIFORNIA,<br><br>Defendant.<br>_____ / | No. C 13-2062 SI<br><br>**ORDER LIFTING STAY** |

On April 4, 2014, the Court granted the motion by claimant Shambala Healing Center ("SHC") for an order certifying an interlocutory appeal under 28 U.S.C. § 1292(b) and certified the Court's February 4, 2014 order for interlocutory appeal to the Ninth Circuit. Docket No. 77. In the order, the Court also stayed the action pending resolution of the appeal or until further order of the Court. *Id.* On May 15, 2014, the Ninth Circuit denied SHC's petition for permission to file an interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

Accordingly, the stay of the action imposed on April 4, 2014 is lifted.

**IT IS SO ORDERED.**

Dated: May 19, 2014

SUSAN ILLSTON
United States District Judge