Henry G. Wykowski (State Bar No. 068255)
**HENRY G. WYKOWSKI & ASSOCIATES**
235 Montgomery Street, Suite 657
San Francisco, CA 94104
Telephone: (415) 788-4545
Facsimile: (415) 788-4546

*Attorneys for Claimant*
SHAMBHALA HEALING CENTER

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 2441 MISSION STREET, SAN FRANCISCO, CALIFORNIA<br><br>Defendant. | No. CV 13-2062 SI<br><br>**CLAIMANTS' JOINT ADMINISTRATIVE REQUEST TO SCHEDULE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**Hon. Susan Illston** |

The Claimants in this case hereby jointly request an order, pursuant to Civil Local Rule 16-10(c), scheduling a further case management conference in this case.

At the further case management conference, all Claimants wish to discuss with the Court how this case will proceed.

//

//

//

---

CLAIMANTS' JOINT ADMINISTRATIVE MOTION TO SCHEDULE FURTHER CASE MANAGEMENT CONFERENCE
*United States v. Real Property Improvements., CV 13-2062 SI*

1

Claimant Poura additionally wishes to discuss an issue regarding Mr. Poura's cooperation pursuant to the Stipulated Agreement.

Dated: July 3, 2014



/s/ Henry G. Wykowski
HENRY G. WYKOWSKI
*Attorneys for Claimant*
SHAMBHALA HEALING CENTER.


/s/ Eric Safire
ERIC SAFIRE
*Attorney for Claimant*
EBRAHIM POURA


/s/ Jesse Stout
JESSE STOUT
*Attorney for Patient Claimants*

```
A case management conference has been scheduled to occur on August 1,
2014, at 3 p.m.  A joint case management conference statement shall
be filed one week prior to the conference.
```

HENRY G. WYKOWSKI & ASSOCIATES ATTORNEYS AT LAW

CLAIMANTS' JOINT ADMINISTRATIVE MOTION TO SCHEDULE FURTHER CASE MANAGEMENT CONFERENCE
*United States v. Real Property Improvements., CV 13-2062 SI*

2

**CERTIFICATE OF SERVICE**

I certify that copies of the above document was served electronically on July 3, 2014, on counsel of record in compliance with Federal Rule of Civil Procedure 5 and the local rules of the Northern District, by use of the Court's ECF system.

    /s Henry G. Wykowski
    Henry G. Wykowski

HENRY G. WYKOWSKI & ASSOCIATES
ATTORNEYS AT LAW

CLAIMANTS' JOINT ADMINISTRATIVE MOTION TO SCHEDULE FURTHER CASE MANAGEMENT CONFERENCE
*United States v. Real Property Improvements., CV 13-2062 SI*