UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 2441 MISSION STREET, SAN FRANCISCO, CALIFORNIA,<br><br>    Defendant. | Case No. 13-cv-02062-SI<br><br>**ORDER RE: STATUS OF LIS PENDENS** |

Pursuant to the Amended Order of Judgment, the Government agreed to "tender to escrow a Withdrawal of *Lis Pendens*, to be recorded concurrently with payment to the United States of the full amount of the substitute *res*." Docket No. 82 at 2-3. On September 16, 2014, the Government contacted the Pouras to acknowledge receipt of the substitute res in the form of a cashier's check in the amount of $150,000. Docket No. 104, Exh. 7. The Court hereby orders the Pouras and the Government to respond to the Court **no later than October 24, 2014** with the following information:

1. Has the withdrawal of *lis pendens* been recorded?
2. If it has not yet been recorded, when does the Government plan on recording it?

    **IT IS SO ORDERED**.

Dated: October 20, 2014

_____
SUSAN ILLSTON
United States District Judge