UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$150,000.00 *RES IN LIEU* OF REAL PROPERTY AND IMPROVEMENTS LOCATED AT 2441 MISSION STREET, SAN FRANCISCO, CALIFORNIA,<br><br>    Defendant. | Case No. 13-cv-02062-SI<br><br>**JUDGMENT** |

On December 8, 2014, the Court granted claimant Shambhala Healing Center, Inc.'s motion to dismiss for lack of subject matter jurisdiction, ordered the government to withdraw the *lis pendens* recorded against the Real Property, and ordered claimants Ebrahim and Valentin Poura to produce records related to rental payments that the government had requested. The government has withdrawn the *lis pendens*, the records either have been or will be provided, and the $150,000.00 *res in lieu* of real property has been forfeited to plaintiff.

Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJDUDGED**.

Dated: January 13, 2015

SUSAN ILLSTON
United States District Judge